

# NUMBERS 13-16-00081-CR & 13-16-00124-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DAVID WILLS
A/K/A DAVID K. WILLS,                                           Appellant,

**v.**

THE STATE OF TEXAS,                                            Appellee.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

Appellant, David Wills, a/k/a David K. Wills, has filed an unopposed motion to dismiss his interlocutory appeals in appellate cause numbers 13-16-00081-CR and 13-16-00124-CR asserting that the appeals are moot because the trial court has granted the

State's motion to dismiss the underlying indictment. In a signed attachment, appellant states he agrees with the filing of the motion to dismiss.

We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of July, 2016.